IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERTA Z. WOJTECKI, : CIVIL ACTION
    Plaintiff :
:
VS. :
:
MICHAEL J. ASTRUE[1], :
Commissioner of Social Security, :
    Defendant : NO. 10-2970

FILED

FEB 2 3 2011

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

RONALD L. BUCKWALTER, J.

AND NOW, this 22 day of FEBRUARY, 2011, upon consideration of the plaintiff's request for review, and defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED;

3. The case is REMANDED in accordance with the fourth sentence of 42 U.S.C. Section 405(g) to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation of United States Magistrate Linda K. Caracappa.

It is so ORDERED
BY THE COURT:

_____
RONALD L. BUCKWALTER, J.

---

[1] Michael J. Astrue became Commissioner of Social Security on February 14, 2007. Pursuant to Fed. R. Civ. Pr. 25(d)(1), he is automatically substituted for Jo Anne B. Barnhart as defendant in this matter.